

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER FOR SUPPLEMENTAL REPORTER'S RECORD**

Appeal number: 01-12-00656-CR

Style: *Arthur Lee Jackson v. The State of Texas*; on appeal from the
174th District Court of Harris County, Texas, Case No. 1331423

It is ORDERED that the official court reporter for the 174th District Court of Harris County, Texas prepare, certify, and file with this Court the following supplemental record in this case:

Hearing on Motion for New Trial held on date between
August 3, 2009 and October 14, 2009.

This supplemental reporter's record is due to be filed in the First Court of Appeals no later than **April 24, 2013**.

Judge's signature: /s/ Jane Bland
                                Acting individually

Date: April 16, 2013